```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-02698-RNO
William D Baldwin                                                   Chapter 7
Nichole Holly Baldwin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: admin              Page 1 of 1              Date Rcvd: Oct 12, 2016
                              Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2016.
db/jdb        +William D Baldwin,   Nichole Holly Baldwin,   658 E Lincoln Avenue,   Myerstown, PA 17067-2217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              Leonard   Zagurskie, Jr   on behalf of Joint Debtor Nichole Holly Baldwin
               lzaglaw.usa@startmail.com, lzaglaw.usa@startmail.com
              Leonard   Zagurskie, Jr   on behalf of Debtor William D Baldwin lzaglaw.usa@startmail.com,
               lzaglaw.usa@startmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

William D Baldwin  
658 E Lincoln Avenue  
Myerstown, PA 17067

Chapter 7  
Case No. 1:16−bk−02698−RNO

Nichole Holly Baldwin  
658 E Lincoln Avenue  
Myerstown, PA 17067

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−0558  
xxx−xx−6386

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: October 11, 2016

BY THE COURT  
By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk